Official Form 420A (Notice of Motion or Objection) (12/16)

# United States Bankruptcy Court
Central __ District of __California__

In re  SKY BOLES  )
[Set forth here all names including married, maiden, and  )
trade names used by debtor within last 8 years.]  )
  )
                    Debtor  )  Case No.
  )  2:23-bk-10782-NB_
Address   521 S Belmont St., Unit A  )
  Glendale, CA 91205  )
  )  Chapter
  )       13
Last four digits of Social Security or Individual Tax-payer Identification  )
(ITIN) No(s).,(if any): _9105  )
  )
  )
Employer's Tax Identification (EIN) No(s).(if any): _____  )
  )

Debtor needs to continue the hearing scheduled by Maria Lombardo for March 21, 2022 at 10 am, courtroom 1545, because Debtor needs more time to prepare for trial. Debtor needs to obtain records such as medical and police records and research the law to prepare for the hearing, however, Debtor has Epilepsy.  As a result of Debtor's epilepsy Debtor suffers from symptoms including, but not limited to memory loss, confusion, and mood swings; and as a result takes longer to complete every task.  For example, Debtor was supposed to include a declaration under oath with this motion to continue, but Debtor could not remember for two days in a row to take the Declaration to be notarized, therefore, Debtor is turning in this motion to continue at the last moment without a declaration

under oath because it is so hard for Debtor to remember to take all the steps to complete paperwork for court. Debtor could not remember for two days in a row to take this motion to a notary, even though Debtor made notes, set an alarm, etc. Debtor has not even had an opportunity to research the law concerning Maria Lombardo's motion for relief from the automatic stay because Debtor is still trying to complete the basic schedules for Chapter 13 bankruptcy as a result of the symptoms of Debtor's Epilepsy.

Debtor also wrote this motion to continue before but then could not find it and had to rewrite it in its entirety at the last moment because of failing to locate the original motion to continue that Debtor previously wrote.

Debtor prays and requests and moves the court to continue the hearing scheduled for March 21, 2023 at 1:30 pm.

Debtor brings this motion pursuant to the Federal Rules of Bankruptcy Procedure rule 9013(m)(1).

Debtor's declaration is attached to this Motion to Continue as Exhibit "A".

Debtor has attached a copy of Debtor's medical records documenting Debtor's epilepsy, prima facia evidence of hardship Exhibit "B".

Signed this 07 day of March 2023.

_____
Sky Boles
In Propia Persona

# EXHIBIT "A"

I, Sky Boles, declare and state as follows:

1. I am the debtor in this bankruptcy. I occupy, and have a tenancy at 521 S Belmont St., Glendale, CA 91205. I filed bankruptcy on February 13, 2023. I hereby declare that the following facts are true on the basis of my personal knowledge; and if called upon to do so I could and would testify to the truth thereof.

2. I am requesting that the court grant this motion because:

3. I need more time to prepare documents for trial and obtain records.

4. I have epilepsy which makes it more difficult for me to research the law, gather evidence, and prepare documents for trial.

5. I also have to wait on processing times for certain records, including, but not limited to medical records and police records.

6. As a result of my condition am moody, forgetful, and confused. I might not even be able to adequately aid in my own defense as I cannot remember what I have and have not completed.

Signed this 7 day of March 2023.



Sky Boles

# EXHIBIT "B"

BOLES, SKY **DOB:** 01/19/1982 (41 yo F)  **Acc No.** 33952  **DOS:** 10/11/2021



**BOLES, SKY**
39 Y old Female, DOB: 01/19/1982
Account Number: 33952
3307 W ECHO LN, PHOENIX, AZ-85051
Home: 602-638-8350
Guarantor: BOLES, SKY   Insurance: Mercy Care Plan AHCCCS
Payer ID: 86052
PCP: Leslie DIANE Edison, DO   Referring: Leslie DIANE Edison, DO
Appointment Facility: Southwest Neurology And Sleep Med

10/11/2021                              Progress Notes: Patrick Donnelly, FNP-C

### History of Present Illness
Follow-Up Visit:
SOUTHWEST NEUROLOGY & SLEEP MEDICINE
2401 West Glendale Avenue, Suite 203,
Phoenix, Arizona 85021.
Phone 602-772-5770.
Fax 602-772-5771.
-
Leslie Edison, DO
Moon Valley medical
1385 N. 7th St., Suite A
Phoenix, AZ 85022
Phone:602-866-2277
Fax:602-866-7998
-
Dear Dr. Edison,
-
Thank you for the opportunity to follow-up with Ms. Boles today. She was initially seen July 30, 2021. Patient is an extremely poor historian and we had difficulty getting history of the patient. As you know she is a 39-year-old woman who initially presented for evaluation of intermittent memory problems and confusion. Apparently September 2020 she went to Mexico for dental work. Patient stated that she might of had an assault that happened in Mexico or New Mexico. She stated that she woke up in the hospital where her body was in a tunnel. Patient is unsure as to exactly how long she was in the hospital. All the staff there spoke Spanish so patient is not sure exactly what happened. Patient stated she was driven home to Arizona by her mother. On the initial office visit we had asked her mother and the patient said that her mother is also a poor historian and her drug addict hence she cannot give some of the history. Patient was stating that since the assault she has been experiencing intermittent memory problems. She is unsure if she got hit in the head or exactly what happened. She is not even sure if she was assaulted. Memory issues are intermittent. She feels a gap in her memory. Patient was initially told she suffered from a severe concussion. Patient stated she was diagnosed with concussion previously, from a previous neurologist whose name she cannot remember.

Patient was also reporting that she can get confused between the days.

BOLES, SKY **DOB:** 01/19/1982 (41 yo F) **Acc No.** 33952 **DOS:** 10/11/2021



And the time as well. She reports that she is unsure if she has any staring spells because she is not around people. Memory issues where she forgets several things she has gaps in her memory. She will go to the store looking for a loss talk for 15 minutes then realize she had not brought the dog to the store.

Patient may have had MRI imaging of the brain in the past but we do not have any records for review. She denies any seizures no loss of consciousness episodes since the accident. Patient was sent for 1 in clinic electroencephalogram August 27, 2021 that was normal EEG no epileptiform activity observed. Patient did not have any symptoms during the recording at this point prolonged EEG monitoring study with video be obtained for further evaluation.

The 3-day EEG monitoring study was for the period of October 4, 2021 to October 7, 2021. Impressions: 3-day EEG monitoring study with video revealed a few bursts of bilateral temporal parietal predominant sharp waves during sleep. He suggest bilateral areas of cortical irritability and suspicious for epileptiform activity. Patient is to be seen for follow-up results discussed and recommendations regarding antiseizure medication will also be made.

MRI imaging of the brain without contrast September 2, 2021 impressions:Mild mucosal thickening within the left sphenoid and bilateral ethmoid sinuses and mild chronic right mastoid inflammatory changes. Otherwise -3 Tesla MRI of the brain including quantitative bilateral hippocampal volume analysis.

Patient takes diclofenac as prescribed by her specialist who had performed a sphincterectomy September 29, 2021.

MEDICATIONS-
Diclofenac.

### Vital Signs
Ht 67 in, Wt **181 lbs**, BMI **28.35 Index**, Ht-cm 170.18 cm, Wt-kg 82.1 kg.

### Examination
General Examination:
Patient is a 39-year-old woman seen in clinic today. She was alert awake and oriented. She was asking questions following commands. Memory attention span and fund of knowledge generally normal and unremarkable.
Face was symmetric, pupils reactive, hearing intact, tongue midline.
Patient was able to walk in room and hall without difficulty or fall coordination unremarkable exhibiting normal tandem gait.

### Assessments
1. Unspecified convulsions - R56.9 (Primary)
2. Transient alteration of awareness - R40.4
3. Other amnesia - R41.3
4. Concussion with loss of consciousness of unspecified duration, initial encounter - S06.0X9A

Progress Note: Patrick Donnelly, FNP-C    10/11/2021
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

BOLES, SKY **DOB:** 01/19/1982 (41 yo F) **Acc No.** 33952 **DOS:** 10/11/2021



**Treatment**
**1. Others**
Start levETIRAcetam Tablet, 250 MG, 1 tablet, Orally, every 12 hrs, 30 day(s), 60, Refills 2
Notes: Patient is a 39-year-old woman who initially presented for evaluation of intermittent confusional episodes of memory loss after possible trauma to the head. As dictated above patient had 1 in clinic EEG that was unremarkable followed by an abnormal prolonged EEG monitoring study with video in epilepsy monitoring unit. Patient will be started on levetiracetam 250 mg 1 tablet twice daily. Side effect profile was extensively reviewed with the patient today she verbalized understanding and agreed to start the medication. Patient was told to contact us if she notices an increase in agitation irritation or depression.

MRI imaging of the brain that was unremarkable for cause other than sinus issues and was told to follow-up with her primary care physician regarding those issues.

The patient was given a lab order today for CBC, CMP, TSH, and levetiracetam levels to be drawn 3 weeks after starting the medication.

Patient was instructed to call our office in case of worsening neurologic symptoms, questions, or concerns. Otherwise, the patient will be seen in follow-up in 7 weeks and further recommendations can be made at that time.

Sincerely,

_____
Patrick Donnelly, NP-C


_____
Supervising physician, Tariq Doorani, MD
Board certified in Neurology
Board certified in Sleep Medicine


This dictation was done using the dragon software system. Please excuse us for any errors or typos.

**Follow Up**
7 weeks

Progress Note: Patrick Donnelly, FNP-C    10/11/2021
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

7/21

BOLES, SKY **DOB:** 01/19/1982 (41 yo F)  **Acc No.** 33952  **DOS:** 10/11/2021





Electronically signed by PATRICK DONNELLY, FNP on 02/08/2023 at 10:34 AM MST

Sign off status: Pending

Southwest Neurology And Sleep Med
2401 W GLENDALE AVE
STE 203
PHOENIX, AZ 85021-7673
Tel: 602-772-5770

Progress Note: Patrick Donnelly, FNP-C    10/11/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

BOLES, SKY **DOB:** 01/19/1982 (41 yo F) **Acc No.** 33952 **DOS:** 12/02/2021



**BOLES, SKY**
39 Y old Female, DOB: 01/19/1982
Account Number: 33952
3307 W ECHO LN, PHOENIX, AZ-85051
Home: 602-638-8350
Guarantor: BOLES, SKY   Insurance: Mercy Care Plan AHCCCS
Payer ID: 86052
PCP: Leslie DIANE Edison, DO    Referring: Leslie DIANE Edison, DO
Appointment Facility: Southwest Neurology And Sleep Med

12/02/2021                                     Progress Notes: Patrick Donnelly, FNP-C

### History of Present Illness
Follow-Up Visit:
SOUTHWEST NEUROLOGY & SLEEP MEDICINE
2401 West Glendale Avenue, Suite 203,
Phoenix, Arizona 85021.
Phone 602-772-5770.
Fax 602-772-5771.
-
Leslie Edison, DO
Moon Valley medical
1385 N. 7th St., Suite A
Phoenix, AZ 85022
Phone:602-866-2277
Fax:602-866-7998
-
Dear Dr. Edison,
-
Thank you for the opportunity to follow-up with Ms. Boles today. She was last seen 10/11/2021. Patient is an extremely poor historian and we had difficulty getting history of the patient. As you know she is a 39-year-old woman who initially presented for evaluation of intermittent memory problems and confusion. Apparently September 2020 she went to Mexico for dental work. Patient stated that she might of had an assault that happened in Mexico or New Mexico. She stated that she woke up in the hospital where her body was in a tunnel. Patient is unsure as to exactly how long she was in the hospital. All the staff there spoke Spanish so patient is not sure exactly what happened. Patient stated she was driven home to Arizona by her mother. On the initial office visit we had asked her mother and the patient said that her mother is also a poor historian and her drug addict hence she cannot give some of the history. Patient was stating that since the assault she has been experiencing intermittent memory problems. She is unsure if she got hit in the head or exactly what happened. She is not even sure if she was assaulted. Memory issues are intermittent. She feels a gap in her memory. Patient was initially told she suffered from a severe concussion. Patient stated she was diagnosed with concussion previously, from a previous neurologist whose name she cannot remember.
-
Patient was also reporting that she can get confused between the days.

Progress Note: Patrick Donnelly, FNP-C   12/02/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

BOLES, SKY **DOB:** 01/19/1982 (41 yo F) **Acc No.** 33952 **DOS:** 12/02/2021



And the time as well. She reports that she is unsure if she has any staring spells because she is not around people. Memory issues where she forgets several things she has gaps in her memory. She will go to the store looking for a loss talk for 15 minutes then realize she had not brought the dog to the store.

Patient may have had MRI imaging of the brain in the past but we do not have any records for review. She denies any seizures no loss of consciousness episodes since the accident. Patient was sent for 1 in clinic electroencephalogram August 27, 2021 that was normal EEG no epileptiform activity observed. Patient did not have any symptoms during the recording at this point prolonged EEG monitoring study with video be obtained for further evaluation.

The 3-day EEG monitoring study was for the period of October 4, 2021 to October 7, 2021. Impressions: 3-day EEG monitoring study with video revealed a few bursts of bilateral temporal parietal predominant sharp waves during sleep. He suggest bilateral areas of cortical irritability and suspicious for epileptiform activity. Patient is to be seen for follow-up results discussed and recommendations regarding antiseizure medication will also be made.

MRI imaging of the brain without contrast September 2, 2021 impressions:Mild mucosal thickening within the left sphenoid and bilateral ethmoid sinuses and mild chronic right mastoid inflammatory changes. Otherwise -3 Tesla MRI of the brain including quantitative bilateral hippocampal volume analysis.

Patient takes diclofenac as prescribed by her specialist who had performed a sphincterectomy September 29, 2021.

MEDICATIONS-
Diclofenac.

### Vital Signs
Ht 67 in, Wt **199 lbs**, BMI **31.16 Index**, Ht-cm 170.18 cm, Wt-kg 90.26 kg.

### Examination
General Examination:
Patient is a 39-year-old woman seen in clinic today. She was alert awake and oriented. She was asking questions following commands. Memory attention span and fund of knowledge generally normal and unremarkable.
Face was symmetric, pupils reactive, hearing intact, tongue midline.
Patient was able to walk in room and hall without difficulty or fall coordination unremarkable exhibiting normal tandem gait.

### Assessments
1. Unspecified convulsions - R56.9 (Primary)
2. Transient alteration of awareness - R40.4
3. Other amnesia - R41.3, ICD S06.0X9A - Concussion with loss of consciousness of unspecified duration, initial encounter:

### Treatment

Progress Note: Patrick Donnelly, FNP-C    12/02/2021

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)



**1. Others**
Notes: Patient is a 39-year-old woman who initially presented for evaluation of intermittent confusional episodes of memory loss after possible trauma to the head. As dictated above patient had 1 in clinic EEG that was unremarkable followed by an abnormal prolonged EEG monitoring study with video in epilepsy monitoring unit. Patient was to be started on levetiracetam 250 mg 1 tablet twice daily. Side effect profile was extensively reviewed with the patient today she verbalized understanding and agreed to start the medication. Patient was told to contact us if she notices an increase in agitation irritation or depression. Patient was taking docusate medication that she thought was for seizures and never filled the Keppra she will go today to get that filled.

MRI imaging of the brain that was unremarkable for cause other than sinus issues and was told to follow-up with her primary care physician regarding those issues.

The patient was given a lab order today for CBC, CMP, TSH, and levetiracetam levels to be drawn 3 weeks after starting the medication.

Patient was instructed to call our office in case of worsening neurologic symptoms, questions, or concerns. Otherwise, the patient will be seen in follow-up in 8 weeks and further recommendations can be made at that time.


Sincerely,


_____
Patrick Donnelly, NP-C



_____
Supervising physician, Tariq Doorani, MD
Board certified in Neurology
Board certified in Sleep Medicine


This dictation was done using the dragon software system. Please excuse us for any errors or typos.

**Follow Up**
2 Months

BOLES, SKY **DOB:** 01/19/1982 (41 yo F)  **Acc No.** 33952 **DOS:** 12/02/2021





Electronically signed by PATRICK DONNELLY, FNP on 02/08/2023 at 10:34 AM MST

Sign off status: Pending

Southwest Neurology And Sleep Med
2401 W GLENDALE AVE
STE 203
PHOENIX, AZ 85021-7673
Tel: 602-772-5170
Progress Note: Patrick Donnelly, FNP   Fax:

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*